UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL FRISIELLO,<br>Defendant | Crim. No. 18cr10314<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1038 (False Information and Hoaxes Related to Purported Biological Weapons)<br><br>18 U.S.C. § 876(c) (Mailing Threatening Communications) |

## INFORMATION

The United States Attorney charges that:

1. At all times material to the allegations below, DANIEL FRISIELLO resided in and was located in Beverly, Massachusetts.

2018 SEP -7 AM 8:43
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

## COUNTS ONE THROUGH SIX
## 18 U.S.C. § 1038(a)(1)(A) — False Information and Hoaxes Related to Purported Biological Weapons

2. The United States Attorney realleges and incorporates by reference the allegations in paragraph 1 above, and further charges that:

On and about the dates listed below, in the District of Massachusetts, the defendant,

DANIEL FRISIELLO,

engaged in conduct with intent to convey false and misleading information, namely mailing an envelope that contained a demeaning and threatening communication and a white or off-white powder, under circumstances where such information could reasonably have been believed, that indicated that an activity had taken, was taking, and would take place, namely that the powder was anthrax and could hurt those exposed to it, that would constitute a violation of Title 18, United States Code, chapter 10, which relates to biological weapons, including anthrax:

| Count | Date | Addressee |
|---|---|---|
| 1 | March 7, 2016 | Mr. and Mrs. Eric Trump |
| 2 | February 7, 2018 | Donald Trump, Jr. |
| 3 | February 7, 2018 | Nicola T. Hanna, then-Interim United States Attorney for the Central District of California |
| 4 | February 7, 2018 | Professor Michele Dauber, Stanford Law School |
| 5 | February 12, 2018 | United States Senator Deborah Stabenow |
| 6 | February 12, 2018 | Antonio Sabato Jr., candidate for the United States Congress |

All in violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNTS SEVEN THROUGH NINETEEN

## 18 U.S.C. § 876(c) — Mailing Threatening Communications

3. The United States Attorney realleges and incorporates by reference the allegations in paragraph 1 above, and further charges that:

On and about the dates listed below, in the District of Massachusetts, the defendant,

## DANIEL FRISIELLO,

knowingly deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to the persons listed below and containing a threat to injure the person of another, for the purpose of issuing a threat and knowing that it would be interpreted as a threat:

| Count | Date(s) | Addressee |
|---|---|---|
| 7 | September 16 and 29, 2015 | Manager at a company that had recently terminated FRISIELLO's family member, at the company's address in Massachusetts |
| 8 | March 7, 2016 | Mr. and Mrs. Eric Trump, at an address in New York |
| 9 | March 14, 2016 | Individual addressee, at an address in Pennsylvania |
| 10 | October 6, 2016 | William McKenna, Chief of the Middletown Police Department, at the department's address in Connecticut |
| 11 | October 6, 2016 | Donald Melanson, Chief of the Windsor Police Department, at the department's address in Connecticut |
| 12 | October 6, 2016 | Alaric Fox, formerly Colonel of the Connecticut State Police, at one of the state police's addresses in Connecticut |
| 13 | October 6, 2016 | Vincent Vespia Jr., formerly Chief of the South Kingstown Police Department, at the department's address in Rhode Island |
| 14 | June 23, 2017 | Katie Rayburn, formerly Assistant District Attorney at the Bristol County District Attorney's Office, at the office's address in Massachusetts |

3

| 15 | February 7, 2018 | Donald Trump, Jr., at an address in New York |
| 16 | February 7, 2018 | Nicola T. Hanna, then-Interim United States Attorney for the Central District of California, a federal law enforcement officer and an official covered by Title 18, United States Code, Section 1114, at one of the United States Attorney's Office's addresses in California |
| 17 | February 7, 2018 | Professor Michele Dauber, Stanford Law School, at an address in California |
| 18 | February 12, 2018 | United States Senator Deborah Stabenow, an official covered by Title 18, United States Code, Section 1114, at her Michigan office's address |
| 19 | February 12, 2018 | Antonio Sabato Jr., candidate for the United States Congress, at an address in California |

All in violation of Title 18, United States Code, Section 876(c).

ANDREW E. LELLING
United States Attorney
District of Massachusetts

By: *[signature]* 9-6-18
Scott L. Garland
Assistant United States Attorney

4